UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

BROOKS WEATHERSBE )
        Plaintiff, )
         )
v. ) **JUDGMENT**
         )
         ) No. 4:22-CV-103-FL
KILOLO KIJAKAZI, )
*Acting Commissioner of Social Security* )
         )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Defendant's Consent Motion for Remand to the Commissioner.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on February 23, 2023, that Defendant's Consent Motion for Remand to the Commissioner is granted, and the Court reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on February 23, 2023, and Copies To:**
Evan G. Lewis (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler / Thomas Paul Zimarowski (via CM/ECF Notice of Electronic Filing)


February 23, 2023               PETER A. MOORE, JR., CLERK

                                   /s/ Sandra K. Collins
                                   (By) Sandra K. Collins, Deputy Clerk