UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

BROOKS WEATHERSBE          )
              Plaintiff,          )
                         )
v.          )          **JUDGMENT**
                         )
                         )          No. 4:22-CV-103-FL
KILOLO KIJAKAZI,          )
Acting Commissioner of Social Security,          )
              Defendant.          )
                         )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion and defendant's stipulation for attorney fees under the EAJA.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 19, 2023, that defendant pay to plaintiff $5,000.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on May 19, 2023, and Copies To:**
Evan G. Lewis (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)


May 19, 2023          PETER A. MOORE, JR., CLERK


                              /s/ Sandra K. Collins              
                         (By) Sandra K. Collns, Deputy Clerk